Max Adamowski, appellee, v. August G. Urbanski and Otto G. Riedel, appellants. Gen. No. 27,902.

Claim for real estate commissions. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Charles Schaefer, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed October 17, 1923. Rehearing denied November 2, 1923.

George W. Thoma and E. Marshall Amberg, for appellants. Steve Adamowski, for appellee; James J. Danaher, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

Harry D. Parmlee, appellant, v. J. A. MacFarlane & Son, trading as Hotel Kenmore, appellee. Gen. No. 27,931.

Action of replevin for personalty, claimed as innkeeper's lien for rental. Judgment for defendants. Appeal from the Municipal Court of Chicago; the Hon. William R. Fetzer, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Reversed. Opinion filed October 17, 1923.

Rush B. Johnson, for appellant. No appearance for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

Emily Upton Brach, appellant, v. Stephen R. Swarthout and Matteson & Conran, Inc., appellees. Gen. No. 27,967.

Complaint for return of certain leases and for appointment of a receiver. Decree for defendants. Appeal from the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Reversed and cause remanded. Opinion filed October 17, 1923.

Frederick Mayer, for appellant. McNab, Holmes & Long, for appellees.

Mr. Justice Thomson delivered the opinion of the court.

---

R. E. Abbott and T. C. Irwin, trading as Abbott-Irwin Coal Company, appellants, v. Joseph A. Krug, trading as Krug Brothers, appellee. Gen. No. 27,984.

Action for balance due on sale of 13 cars of coal. Judgment for plaintiffs on admitted portion of debt, and for defendants on balance. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Reversed and cause remanded. Opinion filed October 17, 1923. Rehearing denied November 2, 1923.

Philip J. Maguire, for appellants; Charles R. Casler, of counsel. Harmon, George & Gilbert, for appellee; Calvin M. George, of counsel.

Mr. Justice Thomson delivered the opinion of the court.